# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0577
L.T. Case No. 16-2007-CF-18819-A

_____

DERRICK R. CLAXTON,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Derrick R. Claxton, Blountstown, pro se.

No Appearance for Appellee.

April 15, 2025

PER CURIAM.

　　AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____